# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTHONY HATCHER

NO.  2020 KW 0144

**MAY 1 2 2020**

---

In Re:   Anthony Hatcher, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 04-09-0888.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT